EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación del Secretario del Tribunal Supremo | 2018 TSPR 182<br><br>201 DPR ____ |

Número del Caso: EN-2018-6

Fecha: 13 de noviembre de 2018

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Designación del Secretario
del Tribunal Supremo

EN-2018-06

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de noviembre de 2018.

El Secretario del Tribunal, Lcdo. Juan Ernesto Dávila Rivera ha presentado su renuncia al cargo, efectiva el 11 de noviembre de 2018, para comenzar a desempeñarse como Presidente de la Comisión Estatal de Elecciones.

A los fines de ejecutar las responsabilidades del cargo, según dispone la Regla 9 del Reglamento de este Tribunal, se designa al Lcdo. José Ignacio Campos Pérez como Secretario de este Tribunal. Este ejercerá las funciones propias del cargo y cualquier otra función que le asigne el Tribunal. La presente designación será efectiva inmediatamente, tan pronto lleve a cabo el juramento de toma de posesión de su cargo.

Publíquese inmediatamente en el portal de la Rama Judicial.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Rivera García no intervino.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina